UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NEW ENGLAND CARPENTERS
HEALTH BENEFITS FUND, et al.,**

    **Plaintiffs,**

v.                                                      **CASE NO: 8:08-mc-12-T-30TBM**

**FIRST DATABANK, INC., et al.,**

    **Defendants,**

**and**

**PUBLIX SUPER MARKETS, INC.,**

    **Movant.**

_____/

## ORDER OF DISMISSAL

Before the Court is Movant's Notice of Withdrawal of Motion to Quash Subpoena (Dkt. #4). A review of the file indicates that this case is now rendered moot. It is therefore

**ORDERED AND ADJUDGED** that:

1.    This cause is dismissed without prejudice.

2.    The Clerk is directed to terminate the Motion to Quash Subpoena (Dkt. #1).

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 19, 2008.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

S:\Even\2008\08-mc-12.dismissal.wpd